# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br><br> Tanner Bryce Real <br> *Defendant(s)* | ) <br> ) <br> ) Case No. <br> )     SA-20-MJ-1174 <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  3/11/2020 and 7/13/2019   in the county of   BEXAR   in the
WESTERN   District of   TEXAS  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

                                                                                     Larry Baker   *Digitally signed by Larry Baker*
                                                                                    Date: 2020.09.25 17:34:05 -05'00'
                                                                    *Complainant's signature*

                                                              Larry Baker, FBI SA
                                                                     *Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:   September 25, 2020
                                                                             *Judge's signature*

City and state:   San Antonio, Texas                     The Honorable Richard Farrer
                                                                            *Printed name and title*

Maximum Penalties: 20 years imprisonment (5 year man. min), $250,000 fine; lifetime supervised release, $100 Special assessment, $5,000 JVTA assessment, forfeiture, restitution, and sex offender registration.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Larry Baker, being duly sworn, depose and state that:

1.      I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since January 1999.  I am currently assigned to the San Antonio Division of the FBI.  I am assigned to the Violent Crimes against Children Section and as such, I investigate crimes against children, including the trafficking and possession of child pornography and the sexual exploitation of children.  I have served in this capacity for the past 16 years.  I have received particularized training in the investigation of computer-related crimes, social networking, and online (i.e. Internet based) crimes against children.

2.      This affidavit is being submitted in support of an Application for an Criminal Complaint and Arrest Warrant for **TANNER BRYCE REAL**, date of birth: XX/XX/XXXX, address: XXXX Autumn Valley, Converse, Texas.

3.      On April 14, 2020, The Boerne, Texas, Police Department (BPD) arrested a male named Tanner Bryce Real (Real) as a result of a narcotics investigation. At the time of Real's arrest, Real was found to be in possession of an Apple iPhone 6S, model 1633 cellular telephone, serial number F71QG21FGRX, which Real identified as belonging to him.  BPD subsequently obtained a Texas state search warrant for the iPhone 6s and provided the device to the Offices of Homeland Security Investigations in San Antonio to perform a data extraction.

4.      On July 21, 2020, BPD Detective James Vela (Vela) received the results of the data extraction from Real's iPhone 6s and began a review of its contents.  While reviewing digital images extracted from this device, Detective Vela encountered numerous images of what appeared to him to be nude underage females positioned in provocative and sexual manners.  Detective Vela estimated their ages to be between 13 and 17 years of age.  Detective Vela found that the images had a file path which contained the word "DropBox."  Detective Vela located a file within the extraction named "DropBox" which contained a file named "tanner real."  Upon opening the file, Detective Vela noticed it contained 416 files located within 21 separate file folders, some of which were labeled with the names of different females.  Some of the folder names are also consistent with social media user name conventions, and Detective Vela found that many appear to be usernames for the social media application named Snapchat.  Upon

examining the folders, Detective Vela found them to contain images and videos which depicted females exposing their bare breasts and genitals. A number of the nude females appeared to Detective Vela to be minors.

5. On July 29, 2020, Detective Vela obtained a Texas state search warrant for the DropBox account associated with the email address XXXXXXXXXX@gmail.com, referred to hereafter as "tanner real." On August 3, 2020, he received the results produced by DropBox pursuant to the warrant. Upon examination of the results, Detective Vela found it to contain identically named files as those found in the iPhone 6s extraction, along with two additional file folders also labeled with the names of females and containing images and videos that appear to depict underage females exposing their breasts, genitals and anuses.

6. On or about July 29, 2020, Detective Vela requested assistance from the United States Attorney's Office – Western District of Texas (USAO-WDTX). USAO-WDTX subsequently referred Detective Vela to FBI San Antonio for investigative assistance.

7. On August 4, 2020, FBI Special Agent (SA) Matthew Melia (Melia) met with Detective Vela, who provided an overview of his investigation as well as investigative reports and evidence. The evidence consists of a thumb drive containing the BPD search warrant to DropBox and the subsequent DropBox production; a Blu Ray disk containing the data extraction from Real's iPhone 6s; and the Apple iPhone 6S, model 1633, serial number F71QG21FGRXV, rose gold in color, which was found in the possession of Real at the time of his arrest by the BPD on April 14, 2020. The above items were subsequently entered into the FBI evidence control room, located at 5740 University Heights Blvd, San Antonio, Texas, on or about August 7, 2020, and have remained in that facility since.

8. On multiple dates in August and September 2020, Detective Vela supplied SA Melia with the results of BPD's investigation regarding the identities and dates of birth of females depicted in the images and videos contained within the file folders found within the "tanner real" DropBox account. BPD's investigation, while not complete in this area, has verified that at least twelve of these females are currently minors or were minors when the images and/or videos contained within the "tanner real" Dropbox file folders were produced. Two of these minor females will be referred to as Child Victim #1 (CV#1) and Child Victim #2 (CV#2) hereafter.

9.  On September 24, 2020, Affiant reviewed all data supplied to BPD by DropBox as part of their compliance with a Texas state warrant for the contents of the DropBox account "tanner real." During that review, Affiant located 23 file folders, some of which were affixed with what appeared to be names of females. Each file folder, regardless of its naming nomenclature, contained images and videos of young females in various stages of undress, to include fully nude, performing various sexually explicit acts ranging from exposing their breasts to graphically displaying their anuses and genital areas. In some instances, these young females conducted masturbatory acts and/or inserted fingers and/or foreign objects into their anuses.

10. On September 24, 2020, Affiant reviewed a file folder contained within the "tanner real" DropBox account that carries a derivation of CV#1's name followed by two numerals. Within that folder are numerous images of CV#1 in various stages of undress displaying her bare breasts. Also contained within this folder are seven sexually explicit videos depicting CV#1. Of these seven videos, three of these videos constitute child pornography. The following is a summary of the contents of one of these three videos:

    a. "Video 11-03-2020, 12 29 47 AM.mov" is a 57 second video depicting CV#1 removing a blue t-shirt and black underwear from her body until she is in a nude state. CV#1 then gets on her hands and knees and faces away from the camera generating this video. CV#1 then spreads her buttocks so that her bare vagina and anus are prominently displayed.

11. On September 25, 2020, a query of the Texas Driver's License database was conducted for CV#1. This query revealed that CV#1 was born in October 2004. In addition, a digital image of CV#1 was obtained via this query. The minor female depicted in this image matches the physical characteristics of the female depicted in "Video 11-03-2020, 12 29 47 AM.mov."

12. Affiant subsequently reviewed the activity log provided by Dropbox to BPD for the Dropbox account "tanner real" and determined that "Video 11-03-2020, 12 29 47 AM.mov" was uploaded to this Dropbox account on March 11, 2020. While Affiant is not aware of the exact date of production of this video, it was produced on or before March 11, 2020. As such, CV#1 would have been no older than 15 years old when it was produced.

13.     Affiant reviewed a folder that carries CV#2's full name. Within that folder are numerous images of CV#2 in various stages of undress displaying her bare breasts and vagina. Also contained within this folder are two sexually explicit videos depicting CV#2. Both of these videos constitute child pornography. The following is a summary of the contents of one of these two videos:

- b. "Video Jul 13, 12 11 19 PM.mov" is a 44 second video depicting CV#2 removing a gray jacket and white underwear from her body until she is in a nude state. CV#2 then gets on her hands and knees and faces away from the camera generating this video. CV#2 then spreads her buttocks so that her bare vagina and anus are prominently displayed.

14.     On September 25, 2020, a query of the Texas Driver's License database was conducted for CV#2. This query revealed that CV#2 was born in April 2003. In addition, a digital image of CV#2 was obtained via this query. The minor female depicted in this image matches the physical characteristics of the female depicted in "Video Jul 13, 12 11 19 PM.mov."

15.     Affiant reviewed the activity log provided by Dropbox to BPD for the Dropbox account "tanner real" and determined that "Video Jul 13, 12 11 19 PM.mov" was uploaded to this Dropbox account on July 13, 2019. While Affiant is not aware of the exact date of production of this video, it was produced on or before July 13, 2019. As such, CV#2 would have been no older than 16 years old when it was produced.

16. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that **TANNER BRYCE REAL** did knowingly receive any child pornography, using any means or facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer in violation of Title 18, United States Code Section 2252A(a)(2).

FURTHER AFFIANT SAYETH NOT,

Larry Baker
Digitally signed by Larry Baker
Date: 2020.09.25 17:34:23 -05'00'

_____
Special Agent Larry Baker, FBI
San Antonio, Texas

SWORN TO BEFORE ME THIS
DAY OF SEPTEMBER 25, 2020

_____
THE HONORABLE RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE