SEALED




UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO SA: SA20CR0582 XR |
| Plaintiff, | § | INDICTMENT |
| v. | § | |
| | § | [In violation of: |
| | § | 18 U.S.C. § 2251(a) |
| | § | Production of Child Pornography; |
| TANNER BRYCE REAL, | § | 18 U.S.C. § 2252A(a)(2) |
| | § | Receipt of Child Pornography; |
| Defendant. | § | 18 U.S.C. § 2252A(a)(5)(B) |
| | § | Possession of Child Pornography |
| | § | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2251(a)]

Between on or about March 29, 2019 and May 4, 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**
[18 U.S.C. § 2252A(a)(2)]

Between on or about March 29, 2019 and May 4, 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV1, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT THREE**
[18 U.S.C. § 2251(a)]

Between on or about April 12, 2019, and July 29, 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV2, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT FOUR**
[18 U.S.C. § 2252A(a)(2)]

Between on or about April 12, 2019 and July 29, 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV2, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT FIVE**
[18 U.S.C. § 2251(a)]

Between on or about May 24, 2019, and July 13, 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV3, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT SIX**
[18 U.S.C. § 2252A(a)(2)]

Between on or about May 24, 2019 and July 23, 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV3, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT SEVEN**
[18 U.S.C. § 2251(a)]

Between on or about July 9, 2019 and July 13, 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV4, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT EIGHT**
[18 U.S.C. § 2252A(a)(2)]

Between on or about July 9, 2019 and July 13, 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV4, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT NINE**
[18 U.S.C. § 2251(a)]

On or about July 13, 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV5, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT TEN**
[18 U.S.C. § 2252A(a)(2)]

On or about July 13, 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV5, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT ELEVEN**
[18 U.S.C. § 2251(a)]

In or about July 2019, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV6, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT TWELVE**
[18 U.S.C. § 2252A(a)(2)]

In or about July 2019, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV6, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT THIRTEEN**
[18 U.S.C. § 2251(a)]

On or about March 11, 2020, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV7, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT FOURTEEN**
[18 U.S.C. § 2252A(a)(2)]

On or about March 11, 2020, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV7, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT FIFTEEN**
[18 U.S.C. § 2251(a)]

Between on or about March 22, 2020, and March 23, 2020, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV8, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT SIXTEEN**
[18 U.S.C. § 2252A(a)(2)]

Between on or about March 22, 2020, and March 23, 2020, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV8, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT SEVENTEEN**
[18 U.S.C. § 2251(a)]

On or about April 12, 2020, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV9, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT EIGHTEEN**
[18 U.S.C. § 2252A(a)(2)]

On or about April 12, 2020, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV9, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT NINETEEN**
[18 U.S.C. § 2251(a)]

On or about April 13, 2020, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, CV10, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT TWENTY**
[18 U.S.C. § 2252A(a)(2)]

On or about April 13, 2020, within the Western District of Texas, and elsewhere, the Defendant,

**TANNER BRYCE REAL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), depicting CV10, using any means and facility of interstate and foreign commerce, by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT TWENTY-ONE**
[18 U.S.C. § 2252A(a)(5)(B)]

On or about April 14, 2020, within the Western District of Texas, the Defendant,

**TANNER BRYCE REAL,**

did knowingly possess material, specifically an iPhone 6s, Model A1633m, FCC ID: BCG-E2946A, IMEI 353259071913052, which contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**Sexual Exploitation of Children Violations and Forfeiture Statutes**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant, **TANNER BRYCE REAL,** of its intent to seek the forfeiture of certain property subject to forfeiture, including but not limited to the iPhone 6s and any other digital and electronic devices seized by law enforcement during the investigation of this case, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(1), (2), and (3), which states:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from such offense; and
**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: ______________________ for Tracy Thompson
TRACY THOMPSON
Assistant United States Attorney