UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-20-CR-0582 XR |
| TANNER BRYCE REAL | § § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND SCHEDULING ORDER DEADLINES**

TO THE HONORABLE XAVIER RODRIGUEZ, JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO, DIVISION:

COMES NOW Defendant TANNER BRYCE REAL, by and through his undersigned counsel, and moves the Court to Continue Trial and Scheduling Order showing the Court as follows:

This case is scheduled for docket call, rearraignment and plea on trial on January 6, 2022 and jury selection and trail on January 18, 2022. Defense Counsel needs additional time to investigate and prepare for trial. Defendant requests that his trial and all attendant deadlines be continued for sixty (60) days.

Assistant United States Attorney, Tracy Thompson does not oppose this Motion.

This Motion is not made for the purpose of delay, but so that justice may be done.

FOR THESE REASONS, Defendant prays that this Court continue the trial setting of this case and all attendant deadlines.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ DAVID J. KIMMELMAN
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 11427300

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2021, I electronically filed the foregoing Defendant's Unopposed Motion to Continue Trial and Scheduling Order Deadlines with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tracy Thompson
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ DAVID J. KIMMELMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| V. | § | CAUSE NO. SA-20-CR-0582 XR |
| | § § | |
| TANNER BRYCE REAL | § | |

**ORDER**

On this date came on to be considered Defendant's Unopposed Motion to Continue Trial and Scheduling Order Deadlines and the Court, after considering same, is of the opinion that said motion should be GRANTED. Accordingly, it is Ordered that the trial of this case be continued until _____, 2022.

Signed this _____ day of _____, 2021.

_____
XAVIER RODRIGUEZ,
United States District Judge